STATE OF NEW JERSEY v. GEOFFREY MELVIN.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK HARRIS.

September 16, 1975. Petition for certification denied.

RUMSON COUNTRY CLUB v.
COMMISSIONER OF COMMUNITY AFFAIRS.

September 16, 1975. Petition for certification denied.
(See 134 *N. J. Super.* 54)

STATE OF NEW JERSEY v. FRANK GREICO.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND DE FILIPPIS, JR.

September 16, 1975. Petition for certification denied.

NEW JERSEY TURNPIKE AUTHORITY v.
JOHN I. O'NEILL.

September 16, 1975. Petition for certification denied.
(See 133 *N. J. Super.* 445)